THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CEBREN J. SIMMONS, Appellant.— Judgment of conviction of the County Court of Nassau county and order denying motion to set aside the verdict and for a new trial reversed upon

the law and the facts and a new trial ordered, for errors of the trial court at folios 756 and 757. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.